# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


UNITED STATES OF AMERICA                                         PLAINTIFF


vs.                              NO. 4:10CR00188-001 SWW


MARCELINO AHUMADA VARGAS                                 DEFENDANT
*Reg #24796-265*

## <u>ORDER</u>

Pending before the Court is a Pro Se motion to vacate, set aside or correct sentence under 28 U.S.C. 2255.  After a review of the pleadings, the Court is of the opinion that a response by the United States of America would facilitate the resolution of this motion.  The Court therefore directs the United States to respond to the pleadings on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 14th day of November 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE